**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

| | |
|---|---|
| FATINA QUAILS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | Case No. 3:17-cv-746-GNS |
| ) | |
| ) | Removed from Jefferson Circuit |
| ANTHEM NATIONAL LIFE ) | Court, Civil Action No. 17-CI-005906 |
| INSURANCE CO. ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF REMOVAL

Defendant, Anthem Life Insurance Company (incorrectly named in the Complaint "Anthem National Life Insurance Co.") ("Anthem Life") pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, submits the following Notice of Removal with respect to the above captioned case, which was filed in the Jefferson Circuit Court, Case No. 17-CI-005906. In support of this Notice of Removal, Anthem Life states the following:

**Timeliness And Background**

1. On November 8, 2017, Plaintiff Fatina Qualls (incorrectly named in the Complaint "Fatina Quails") ("Plaintiff") commenced a civil action against Anthem Life by filing a complaint in the Jefferson Circuit Court. The lawsuit is recorded on that court's docket as Case No. 17-CI-005906. There are no other parties named in Plaintiff's complaint.

2. Anthem Life was served on or about November 20, 2017. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Plaintiff's complaint, which constitute "all summons, pleadings, and orders" served upon Anthem Life in the state court action, is attached hereto as

43019982v.1

Exhibit A. Because Anthem Life has filed this Notice of Removal within thirty days of service, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

3. Plaintiff alleges that she is due long term disability ("LTD") benefits "under the terms of an insurance plan governed by §502(a) of the Employment Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §1132(e)" that is insured and administered by Anthem Life. (Ex. A, ¶¶ 3, 7.)

### This Case Is Removable Based Upon Federal Question Jurisdiction

4. Plaintiff alleges that the plan is governed by ERISA (Ex. A, ¶¶ 3, 7), that the Court has jurisdiction under ERISA (Ex. A, ¶ 4), and that Anthem Life's decision to deny Plaintiff's claim constitutes a violation of ERISA (Ex. A, ¶¶ 21-23). ERISA section 502 provides for the civil enforcement of legal actions pursuant to ERISA, which undisputedly is a federal statute. Thus, Plaintiff's claim expressly arises under federal law.

5. The Employee Retirement Income Security Act of 1974 as amended ("ERISA"), 29 U.S.C. § 1001, *et seq.*, provides an exclusive federal cause of action for participants or beneficiaries in an ERISA plan who bring actions related to the recovery of benefits, including the claim for disability benefits alleged in the Complaint. *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63 (1987); *Rush Prudential HMO Inc. v. Moran*, 536 U.S. 355 (2002).

6. A claim filed in state court is removable to federal court under 28 U.S.C. § 1441(a) as an action arising under federal law, where, as here, the complaint expressly alleges that the plan is governed by ERISA, that the Court has jurisdiction pursuant to ERISA, and that Anthem Life has violated ERISA.

7. Accordingly, because this cause of action seeks benefits pursuant to an ERISA-regulated plan, this action arises under federal law (specifically ERISA § 502(a)(1)(B), 29 U.S.C.

§ 1132(a)(1)(B)). The Court thus has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441.

## Venue And Notice

8. Venue is proper in this District because, pursuant 28 U.S.C. § 97(b), this District embraces Jefferson Circuit Court, the place where the removed action has been pending. 28 U.S.C. § 1441(a).

9. Promptly upon the filing of this Notice of Removal, Anthem Life shall file a Notice of Filing of Notice of Removal, with a copy of the Notice of Removal, with the Jefferson Circuit Court, and will serve a copy thereof on Plaintiff through her counsel, pursuant to 28 U.S.C. § 1446(d). (Jefferson Circuit Court filing attached hereto as Exhibit B.)

## Conclusion

10. Based on the foregoing, this Court has original jurisdiction over this action based on federal question under 28 U.S.C. § 1331; therefore, the Court properly may exercise jurisdiction over this lawsuit. 28 U.S.C. § 1441(a).

11. Should Plaintiff seek to remand this case to the Jefferson Circuit Court, Anthem Life respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides remand is proper, Anthem Life asks that the Court retain jurisdiction and allow Anthem Life to file a motion asking this Court to certify any remand order for interlocutory review by the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

WHEREFORE, Anthem Life requests that the above-described action pending against it be removed to this Court. Anthem Life also requests all other relief, at law or in equity, to which it justly is entitled.

**DATED:  December 11, 2017**  Respectfully submitted,

ANTHEM LIFE INSURANCE COMPANY

By: /s/ Justin S. Fowles
Justin S. Fowles
Gene F. Price
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY  40202
jfowles@fbtlaw.com
gprice@fbtlaw.com
Telephone:  (502) 589-5400
Facsimile:  (502) 581-1097
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF REMOVAL** was served on all counsel of record, as listed below, via U.S. Mail on the 11th day of December, 2017.

Robert A. Florio
1500 Story Ave
Louisville, KY 40206
Counsel for Plaintiff

*/s/ Justin S. Fowles*
Attorney for Anthem Life Insurance Company

4

43019982v.1