**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| FATINA QUAILS [sic], | ) | |
| | ) | Case No. 3:17-cv-00746-GNS-CHL |
| Plaintiff, | ) | |
| | ) | Judge Greg N. Stivers |
| v. | ) | |
| | ) | Magistrate Judge Colin H. Lindsay |
| ANTHEM NATIONAL LIFE INSURANCE | ) | |
| COMPANY [sic], | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fatina Qualls (incorrectly identified in the Complaint as "Fatina Quails") and

Defendant Anthem Life Insurance Company (incorrectly identified in the Complaint as "Anthem

National Life Insurance Company"), by and through their respective undersigned counsel and

pursuant to a Settlement Agreement between the parties, hereby stipulate and agree that this

action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs,

expenses and attorneys' fees.

Dated: July 10, 2018

Respectfully submitted,


s/Ada W. Dolph                                          s/Robert Florio (w/consent)

Ada W. Dolph (admitted pro hac vice)          Robert Florio
Seyfarth Shaw LLP                                       1500 Story Avenue
233 South Wacker Drive, Suite 8000            Louisville, KY  40202
Chicago, IL  60606-6448                             Telephone:      (502) 295-7930
Telephone:  (312) 460-5000                        raflorioatty@hotmail.com
Facsimile:  (312) 460-7000
adolph@seyfarth.com                                  Attorney for Plaintiff

and

Gene F. Price
Justin S. Fowles
Frost Brown Todd LLC
400 W. Market Street, 32nd Floor
Louisville, KY  40202
Telephone:  (502) 589-5400
Facsimile:  (502) 581-1087
gprice@fbtlaw.com
jfowles@fbtlaw.com


Attorneys for Defendant, Anthem Life
Insurance Company

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that I have caused a true and correct copy of the foregoing

STIPULATION OF DISMISSAL WITH PREJUDICE to be served upon the following, using the Court's

ECF filing system on this 10th day of July, 2018:

Ada W. Dolph
Seyfarth Shaw LLP
233 S. Wacker Dr. , Ste 8000
Chicago, IL 60606
Telephone: (312) 460-5000

*/s/ Robert A. Florio*
Robert A. Florio