# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| FATINA QUAILS [sic], | ) |
|     Plaintiff, | ) Case No. 3:17-cv-00746-GNS-CHL |
| | ) |
| v. | ) Judge Greg N. Stivers |
| | ) |
| ANTHEM NATIONAL LIFE INSURANCE | ) Magistrate Judge Colin H. Lindsay |
| COMPANY [sic], | ) |
| | ) |
|     Defendant. | ) |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Fatina Qualls (incorrectly identified in the Complaint as "Fatina Quails") and Defendant Anthem Life Insurance Company (incorrectly identified in the Complaint as "Anthem National Life Insurance Company"), by and through their respective undersigned counsel and pursuant to a Settlement Agreement between the parties, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE.  Further, each party will bear its own costs, expenses and attorneys' fees.

**SO ORDERED.**

**Greg N. Stivers, Judge**
**United States District Court**

July 12, 2018

47401408v.1